# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 14, 2010

Lyle W. Cayce
Clerk

No. 09-20656
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE ALFONSO RODRIGUEZ GARCIA, also known as Jose De Jesus Leba, also known as Ricardo Campos, also known as Jose M. Cortez-Cortez, also known as Jose D. Leba, also known as Nelson Flores, also known as Jose Cortez, also known as Abel P. Vasquez, also known as Jose Cortez-Martin, also known as Jose Alfonso Rodriguez-Garcia, also known as Oscar Rolando Perez, also known as Jose Martin Cortez-Cortez, also known as Jose Elberto Garcia, also known as Jose Heriberto Garcia-Rodriguez, also known as Jose Heriberto Rodriguez-Garcia, also known as Oscar Ramirez-Perez, also known as Jose Edelberto Garcia, also known as Abel Vasquez-Teaz, also known as Jose Alfonso Rodriguez, also known as Francisco Garcia, also known as Jose Edilberto Rodriguez-Garcia, also known as Jose Garcia, also known as Jose Rodriguez Garcia, also known as Oscar Rolando Ramirez-Perez, also known as Jose Rodriguez-Garcia,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-236-1

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Alfonso Rodriguez Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Garcia has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.